

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00688-CV

Jose **CORRO** and Concepcion Corro,
Appellants

v.

Andres **PEREZ**, Perez & Malik, PLLC and Adriana Medrano of Perez & Malik,
Appellees

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 16-06-23689-CV
Honorable H. Paul Canales, Judge Presiding[1]

BEFORE JUSTICE ANGELINI, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the order of the trial court granting summary judgment and ordering that Jose Corro and Concepcion Corro take nothing on their claims against Andres Perez, Perez & Malik, P.L.L.C., and Adriana Medrano is AFFIRMED.

SIGNED December 19, 2018.

_____
Irene Rios, Justice

---

[1] The Honorable H. Paul Canales presided over the underlying case by assignment.